UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-2692-GW(JCx) | Date | November 17, 2016 |
| Title | *Gold Value International Textile, Inc. v. Target Corporation, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: SETTLEMENT**

On November 15, 2016, Plaintiff filed a Notice of Settlement. The Court sets an Order to Show Cause hearing re: Settlement for December 19, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 16, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   JG