JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, et al., <br><br> Defendants. | Case No.: CV 16-2692-GW(JCx) <br> *Hon. George H. Wu Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

5. All dates previously set in this matter are hereby **VACATED.**

SO ORDERED.

Dated: December 28, 2016        By: _____
                                HONORABLE GEORGE H. WU
                                UNITED STATES DISTRICT JUDGE